AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

****        DISTRICT OF    NEVADA

STEVEN O'BRIEN,

      Plaintiff,    JUDGMENT IN A CIVIL CASE

  v.

                      CASE NUMBER: **2:15-cv-00329-RCJ-CWH**

R.C. WILLEY HOME
FURNISHINGS, et al.,

      Defendant(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment (ECF No. 23) is **granted.**

August 31, 2016                                        **LANCE S. WILSON**
                                                            Clerk

                                                            /s/ K. Rusin
                                                             Deputy Clerk