# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN O'BRIEN,<br><br>        Plaintiff,<br><br>Vs.<br><br>R.C. WILLEY HOME FURNISHINGS,<br><br>        Defendant. | Case No.: 2:15-CV-00329-RCJ-CWH<br><br>USCA No.: 16-16677<br><br>ORDER SETTING STATUS CONFERENCE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, having vacating and remanding the District Court. Accordingly,

IT IS ORDERED that a Status Conference is set for 09:00 A.M., Monday, June 10, 2019, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall file a Joint Status Report with the Court on or before 5:00P.M., Wednesday, June 5, 2019. The Joint Status Report shall include three (3) mutually agreed upon dates by the parties for trial in this matter. It is expressly understood by the parties that the Court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the Court's calendar.

IT IS SO ORDERED.

Dated this 25th day of April, 2019.

_____
ROBERT C. JONES
Senior District Judge