Lyssa S. Anderson
Nevada Bar. No. 5781
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Telephone No.: (702) 792-7000
Facsimile No.: (702) 796-7181
Email: landerson@kcnvlaw.com

David C. Castleberry
Nevada Bar. No. 8981
MANNING CURTIS BRADSHAW
  & BEDNAR LLC
136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
Telephone No.: (801) 363-5678
Facsimile No.: (801) 364-5678
Email: dcastleberry@mc2b.com

*Attorneys for Defendant R.C. Willey Home Furnishings*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN O'BRIEN, <br><br> Plaintiff, <br><br> vs. <br><br> R.C. WILLEY HOME FURNISHINGS, <br><br> Defendants. | Case No. 2:15-cv-00329-RCJ-CWH <br><br> **ORDER GRANTING** <br> **STIPULATED MOTION AND ORDER TO VACATE JUNE 10, 2019 STATUS CONFERENCE** |

Defendant R.C. Willey Home Furnishings ("R.C. Willey") and Plaintiff Steven O'Brien ("O'Brien"), by and through their respective counsel of record, hereby stipulate and agree and move the Court for an Order as follows:

1. On April 25, 2019, the Court set this matter for a status conference on June 10, 2019 at 9:00 a.m., and also ordered that a Joint Status Report be submitted by June 5, 2019.

2.   David C. Castleberry, counsel for Defendant, will be traveling out of the country during those dates.

3.   Since this case has been remanded on a single claim for relief arising under NRS 613.333, counsel for the parties have engaged in discussions concerning information and documents that must be updated and disclosed to the other party, and the parties are currently in the process of making such disclosures.

4.   After the Court set this matter for a status conference, counsel for the parties have conferred with each other and have agreed to move the date of the Status Conference to a time available for both of them.

5.   Counsel for the Defendant has conferred with the Court's clerk to ascertain the Court's next availability for a hearing in Las Vegas, Nevada.

6.   The parties understand that the Court is available for a status conference in Las Vegas, Nevada during the week of August 5, 2019.

7.   Counsel for both parties are also both available for a status conference during the week of August 5, 2019.

8.   Based on the foregoing, the parties respectfully move the Court to vacate its June 10, 2019 status hearing, and reschedule this hearing for Tuesday, August 6, 2019 at 9:00 a.m.

/ / /

/ / /

/ / /

1. 9. The parties also respectfully request an order from the Court stating that the deadline for submitting the Joint Status Report be set two weeks before the rescheduled status conference.

RESPECTFULLY SUBMITTED this 30th day of April, 2019.

By:

/s/ James P. Kemp
   James P. Kemp
   KEMP & KEMP
   7435 W. Azure Drive, Suite 110
   Las Vegas, NV 89130

*Attorney for Plaintiff*

By:

/s/ David C. Castleberry
   David C. Castleberry
   Nevada Bar. No. 8981
   MANNING CURTIS BRADSHAW
    & BEDNAR LLC
   136 East South Temple, Suite 1300
   Salt Lake City, Utah 84111
   Telephone No.: (801) 363-5678
   Facsimile No.: (801) 364-5678
   Email: dcastleberry@mc2b.com

and

Lyssa S. Anderson
Nevada Bar. No. 5781
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, NV 89113
Telephone No.: (702) 792-7000
Facsimile No.: (702) 796-7181
Email: landerson@kcnvlaw.com

*Attorneys for Defendant R.C. Willey Home Furnishings*

## **ORDER**

Having reviewed the Stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that the Status Conference set in this matter shall be continued from June 10, 2019 at 9:00 a.m. to Tuesday, August 6, 2019 at 9:00 a.m.; and

/ / /

/ / /

IT IS FURTHER ODERED that the Parties shall file a Joint Status Report at least two weeks before the rescheduled Status Conference, which shall include three (3) mutually agreed upon dates by the parties for trial.

Dated: May 2, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE