UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN O'BRIEN,<br><br>    Plaintiff,<br><br>vs.<br><br>R.C. WILLEY HOME FURNISHINGS,<br><br>    Defendant. | Case No. 2:15-cv-00329-RCJ-DJA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge Robert C. Jones<br>Magistrate Judge Daniel J. Albregts |

    Pursuant to LR 7-1, Plaintiff Steven O'Brien ("Plaintiff") and Defendant R.C. Willey Home Furnishings ("Defendant") hereby submit this stipulation of dismissal with prejudice. Plaintiff and Defendant, acting through counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby stipulate and agree, in consideration of a negotiated settlement executed

1 | by them, to the dismissal of all of Plaintiff's claims against Defendant with prejudice, with each
2 | party to bear its own attorney's fees and costs.
3 | RESPECTFULLY SUBMITTED this 31st day of December, 2019.

**ORDER**

Pursuant to the Stipulation of the parties and for good cause appearing, it is hereby ORDERED AND ADJUDGED that Plaintiff's claims against Defendant are dismissed with prejudice and on the merits. The parties shall bear their own respective costs, expenses, and attorney's fees.

Dated: January 6, 2020.

_____
United States District Judge Robert C. Jones